# Exhibit E



## Cross-Border M&A Professionals

**USA, European Union, Western & Eastern Europe,
Asia, Far East, Middle-East**

**America2030, LLC.
736 Western Avenue
Lake Forest, IL. 60045
www.america2030.net**

---

September 18, 2020

Drew G. Bishop
1190 Buckhead Crossing, Suite D
Woodstock, GA. 30189

RE: Alexey Skachkov

Dear Mr. Bishop,

It has been one year since we wrote to you last seeking permission to allow Mr. Alexey Skachkov to travel to Asia and Greece. We thank you for your efforts in obtaining such permission for Mr. Skachkov.

During the past year Mr. Skachkov had in fact travelled and worked in Greece and subsequently traveled to Asia, where he remains to this day. His travels have been hampered by Covid-19 and he remains in Cambodia to this date. We now need him to return to Europe and travel throughout Europe.

Mr. Skackov continues to exceed our expectations and this fine gentleman exhibits rare skills for someone his age. His dedication is effortless and his acumen continues to surprise us. He is a very driven and intelligent young man. His results have afforded us the opportunity to enter new markets and introduce new services for our clients.

During the past year, we have introduced our services to foreign governmental agencies and foreign financial institutions. The governments provide for their projects to be offered through a tender process. Part of the screening process requires certification whether we employ anyone with a known criminal history or still on probation.

We would like to relocate Mr. Skachkov to Europe, whereby he will travel to various European countries meeting with clients, recruiting staff and performing all the necessary duties of a National Business Development Manager. We would like him to be able to travel freely throughout Europe, Eastern Europe, Asia specifically the countries of Kazakhstan, Georgia, Ukraine, Turkey, Armenia, Russia, United Kingdom and Czech Republic. We respectfully request if he could be allowed to travel freely between Asia and all of Europe and countries of former Soviet Union. His command of the Russian language allows us to enter the many countries of the former Soviet Union and we would appreciate if he can travel freely.

Last but not least, if his probation can be permanently suspended, it would allow us to participate in more governmental and financial institutional tenders, for we feel we lose out on tenders having to answer that we do employ someone who is on probation.

Thank you,

Val Sklarov
Director of Operations